No. 266. MONEM v. COSMOPOLITAN SHIPPING Co., INC., ET AL. Municipal Court of New York, New York, Borough of Manhattan, First District. Certiorari denied. *Jacob Rassner* for petitioner. *J. Ward O'Neill* and *Richard L. Maher* for respondents.

No. 268. MADDOX v. SHROYER ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Luther Robinson Maddox,* petitioner, *pro se.*

No. 269. HUMBLE OIL & REFINING Co. v. MARTIN ET AL. C. A. 5th Cir. Certiorari denied. *M. M. Roberts* for petitioner. *Landman Teller* for respondents.

No. 272. COHEN v. PLATEAU NATURAL GAS Co. ET AL. C. A. 10th Cir. Certiorari denied. *Nathan B. Kogan* and *David M. Palley* for petitioner. *Douglas Arant* and *Richard F. Mullins* for respondents.

No. 273. UNITED NEW YORK & NEW JERSEY SANDY HOOK PILOTS ASSOCIATION ET AL. v. HALECKI, ADMINISTRATRIX. C. A. 2d Cir. Certiorari denied. *Lawrence J. Mahoney* for petitioners. *Nathan Baker, Bernard Chazen* and *Milton Garber* for respondent.

No. 278. ROCK ISLAND MOTOR TRANSIT Co. v. CONDITIONED AIR CORP. Supreme Court of Iowa. Certiorari denied. *B. A. Webster, Jr.* and *Alden B. Howland* for petitioner. *Harris M. Coggeshall* for respondent.